JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIAM J. KENNEDY, JR. an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY INSURANCE CORPORATION, a foreign corporation, LM GENERAL INSURANCE COMPANY, a foreign corporation, THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation (a/k/a OHIO SECURITY INSURANCE COMPANY); DOES I through X, inclusive; and ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00223-JAD-NJK<br><br><br>ECF No. 10 |

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, DEFENDANTS REPLY TO SAME, AND CONTINUE HEARING**
**(First Request)**

Plaintiff, William Kennedy, and Defendants', Liberty Insurance Corporation, LM General Insurance Company, The Ohio Casualty Insurance Company (a/k/a Ohio Security Insurance Company) stipulate as follows:

1. On February 21, 2023, Defendants' filed their Motion to Dismiss (ECF 5).
2. Plaintiff's Opposition to Defendant's Motion to Dismiss is due March 7, 2023.
3. Plaintiff's counsel has been involved in multiple Meditations on other matters. As such, Plaintiff's counsel requires additional time to have meaningful discussions and file review with Plaintiff to provide the Court a complete outline of facts and issues. This is the first extension of time requested by the Parties related to this Motion (ECF No. 5).
4. Accordingly, they request the following due dates:
   a. Plaintiff's Opposition: March 10, 2023.
   b. Defendants' Reply: March 20, 2023.
5. The hearing currently set for March 21, 2023 at 2:00 p.m. be reset to the Courts next available date.

This Stipulation was agreed upon via email exchange on or about March 6, 2023 prior to the response deadline, however due to Plaintiff's counsel and staff commitments out of the office the draft and its final approval were not circulated in time for filing prior to the deadline. The Parties' request is made in good faith and not for purposes of delay.

Dated this 9th day of March, 2023                        Dated this 9th day of March, 2023

*/s/ Jerome R. Bowen, Esq.*                              */s/ Jonathan Carlson, Esq.*
Jerome R. Bowen, Esq.                                    Jonathan W. Carlson, Esq.
Nevada Bar No. 4540                                      Nevada Bar No. 10536
Jeffrey W. Chronister, Esq.                              Henry H. Kim, Esq.
Nevada Bar No. 15194                                     Nevada Bar No. 14390
BOWEN LAW OFFICES                                        MCCORMICK, BARSTOW, SHEPPARD,
9960 W. Cheyenne Avenue, Suite 250                       WAYTE & CARRUTH, LLP
Las Vegas, Nevada 89129                                  8337 W. Sunset Road, Suite 350
*Attorney for Plaintiff*                                 Las Vegas, Nevada 89113
                                                         *Attorneys for Defendants*

Case No. 2:23-cv-00223-JAD-NJK

### **ORDER**

IT IS SO ORDERED.   The response to the motion to dismiss [11] is deemed timely, and the 3/21/23 hearing is **RESET to the hearing stack on 4/18/23 at 2 p.m.**

_____  3-13-23
UNITED STATES DISTRICT JUDGE

Submitted by:

*s/ Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Jeffrey W. Chronister, Esq.
Nevada Bar No. 15194
BOWEN LAW OFFICES
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Attorney for Plaintiff

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797