McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Henry H Kim
Nevada Bar No. 14390
  *henry.kim@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendants, LIBERTY INSURANCE CORPORATION; LM GENERAL INSURANCE COMPANY; THE OHIO CASUALTY INSURANCE COMPANY (a/k/a OHIO SECURITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. KENNEDY, JR. an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION, a foreign corporation,, LM GENERAL INSURANCE COMPANY, a foreign corporation, THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation (a/k/a OHIO SECURITY INSURANCE COMPANY); DOES I through X, inclusive; and ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00223-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 29 |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

Each party will bear their own costs and attorneys' fees.

Dated: August 16, 2023

BOWEN LAW OFFICES

By     /s/Jerome R. Bowen
    Jerome R. Bowen, Nevada Bar No. 4540
    9960 W. Cheyenne Ave., suite 250
    Las Vegas, Nevada 89129
    Tel. (702) 240-5191

Attorneys for Plaintiff

Dated: August 16, 2023     McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:     /s/Jonathan W. Carlson
    Jonathan W. Carlson
    Nevada Bar No. 10536
    Cheryl A. Grames
    Nevada Bar No. 12752
    Henry H. Kim
    Nevada Bar No. 14390

Attorneys for Defendants, LIBERTY INSURANCE CORPORATION; LM GENERAL INSURANCE COMPANY; THE OHIO CASUALTY INSURANCE COMPANY (a/k/a OHIO SECURITY INSURANCE COMPANY

**ORDER**

Based on the parties' stipulation [ECF No. 29] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

August 18, 2023

9258422.1